IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**COREY LEON RANKINS, #141674**          **PETITIONER**

**v.**          **CIVIL NO. 1:17-cv-74-HSO-LRA**

**MISSISSIPPI DEPARTMENT OF**
**CORRECTIONS, ET AL.**          **RESPONDENTS**

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

> A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

Date: June 28, 2017

                                      *s/ Halil Suleyman Ozerden*
                                      HALIL SULEYMAN OZERDEN
                                      UNITED STATES DISTRICT JUDGE